



## MEMORANDUM OPINION

No. 04-11-00680-CV

**ESTATE OF WALTER E. SNYDER, DECEASED**

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2011-PC-3516
Honorable Tom Rickhoff, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  October 12, 2011

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

      Appellant Celia L. Classen filed a motion to dismiss this appeal.  We grant the motion.

*See* TEX. R. APP. P. 42.1(a)(1).  We order all costs assessed against appellant.  *See* TEX. R. APP.

P. 42.1(d)(absent agreement of the parties, costs are taxed against appellant).

                         PER CURIAM